# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-01900-DSF (KSx) | Date | June 24, 2019 |
| Title | Maria Moran v. Walmart Inc. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Renee Fisher | Pat Cuneo |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Igor Fradkin | Brian Suba |

**Proceedings:** MOTION HEARING (Non-Evidentiary – Held and Completed)

PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND ORDER REMANDING TO STATE COURT [16]

The matter is called and counsel state their appearances. The Court questions counsel as stated in court and on the record and invites counsel to present their oral arguments. Oral arguments by counsel are heard and the matter is taken under submission. A written order will follow.